IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **THOMAS PIZZO,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | Civil Action No. 4:22-CV-748 | |
| § | | |
| **HOME DEPOT U.S.A., INC.,** § | | |
| § | | |
| **Defendant.** § | | |

## NOTICE OF RELATED CASE

Comes now, Defendant Home Depot U.S.A., Inc., and files this Notice of Related Case in accordance with Local Rules 3.3 and 81.1(a)(3) and respectfully shows as follows:

The style and civil action number of the related case is: Cause No. 3442-3344780-22 styled *Thomas Pizzo v. Home Depot U.S.A., Inc.* in the 342nd Judicial District of Tarrant County, Texas.

The presiding judge of the related case is: Judge Kimberly Fitzpatrick

Status of the related case is: pending removal.

This case has not been dismissed or remanded so no final judgement or order remanding the case has been entered.

Respectfully Submitted,

/s/ Chad L. Farrar
By: Chad L. Farrar

MULLIN HOARD & BROWN, L.L.P.
Chad L. Farrar, Texas Bar No. 00793716

        C. Brett Stecklein, Texas Bar No. 00794688
        Katie P. Harrison, Texas Bar No. 24062767
        2515 McKinney Ave., Suite 900
        Dallas, Texas 75201
        Telephone:    (214) 754-0040
        Facsimile:    (214) 754-0043
        cfarrar@mhba.com
        bstecklein@mhba.com
        kharrison@mhba.com

        ***Attorneys for Defendant Home Depot U.S.A., Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 25th day of August 2022, a true and correct copy of the foregoing was served by email and ECF addressed to:

**Via ECF & email**
Edward S. Gaytan
Charles M. Noteboom
Noteboom – The Law Firm
669 Airport Freeway
Hurst, Texas 76053
gaytan@noteboom.com

        /s/ Chad L. Farrar
        Chad L. Farrar